JODI LINKER
Federal Public Defender
TAMARA CREPET
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Tamara_Crepet@fd.org

Counsel for Defendant CACCHIONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DAVID SCOTT CACCHIONE,<br><br>Defendant. | No. 24-CR-48 (LJC)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING |

Defendant David Scott Cacchione and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status hearing currently set for March 19, 2024 at 1:30 p.m. may be continued to May 21, 2024 at 1:30 p.m.

//

//

//

//

//

//

//

//

IT IS SO STIPULATED.

Dated: March 18, 2024

JODI LINKER
Federal Public Defender
___________/s/_______________
Tamara Crepet
Assistant Federal Public Defender

Dated: March 18, 2024

ISMAIL J. RAMSEY
United States Attorney
__________/s/________________
Garth Hire
Assistant United States Attorney

[PROPOSED] **ORDER**

Upon agreement and stipulation of the defendant Cacchione, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Cacchione's status hearing be continued to May 21, 2024 at 1:30 p.m.

IT IS SO ORDERED.

DATED: ___________ __________________________________________
HONORABLE LISA J. CISNEROS
United States Magistrate Judge