**ORDER/COVER SHEET**

**TO:** **Honorable Lisa J. Cisneros**
**U.S. Magistrate Judge**

**RE:** **CACCHIONE, David**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **3:24-cr-00048-JD-1**

**Date:** **4/23/24**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| **Josh Libby** | **(415) 436-7504** |
|---|---|
| **U.S. PRETRIAL SERVICES OFFICER** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. G on April 24, 2024 at 10:00 a.m..

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. ____________________

B. ____________________

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

| [signature] | April 23, 2024 |
|---|---|
| **JUDICIAL OFFICER** | **DATE** |