# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: August 12, 2024 Judge: Hon. James Donato

Court Reporter: Kelly Shainline
Time: 28 Minutes
Case No. **3:24-cr-00048-JD-1**
Case Name **USA v. David Scott Cacchione (Custody)**

Attorney(s) for Government: Garth Hire
Attorney(s) for Defendant(s): Anthony Brass
Interpreter:
Probation Officer:

Deputy Clerk: Lisa Clark

PROCEEDINGS

Change of plea hearing -- Held.

NOTES AND ORDERS

Defendant pleads guilty to Counts One through Four of the Superseding Information under 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud (Count One), 18 U.S.C. § 1343, Wire Fraud (Counts Two and Three), and 26 U.S.C. § 7201, Tax Evasion (Count Four). The Court finds defendant's guilty plea to be knowing and voluntary, and accepts the plea.

A sentencing hearing is set for November 4, 2024, at 10:30 a.m.